UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GAMA,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC. AND MIKE NOBLE,<br><br>        Defendants. | Case No. 2:16-CV-04327-AB-JPR<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to the Parties' Stipulation for Dismissal, this entire action is dismissed with prejudice as to all Defendants. Each party to bear his/its own attorney's fees and costs.

Dated: June 1, 2018

                                                HON. ANDRE BIROTTE JR.
                                                U.S. DISTRICT COURT JUDGE